Karen C. Joynt (206332)
JOYNT LAW
225 S. Lake Ave., Suite 300
Pasadena, California 91101
Office: (213) 277-7072
kjoynt@joyntlaw.com

Attorney for Defendant COUNTY OF LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCINE WESTHOFF,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:20-cv-2289 JWH (GJSx)**<br><br>(Assigned for all purposes to Hon. John W. Holcomb)<br><br>**PARTIES' NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:**

　　Plaintiff Francine Westhoff and Defendant County of Los Angeles hereby provide notice that, with the assistance of mediator Sidney Kanazawa, Plaintiff and Defendant (collectively, "Parties") have settled this matter in all respects, subject to the County's approval process.  Upon approval, the Parties will be filing a request for dismissal with prejudice.  The Parties request that the Court vacate all current deadlines and dates.

Respectfully submitted,

Dated: May 19, 2021

**JOYNT LAW**

By: __ /s/ KAREN JOYNT_____

Karen Joynt
Attorney for Defendant
COUNTY OF LOS ANGELES

Dated: May 19, 2021

**LAW OFFICE OF ELLIOT M. TIOMKIN**

By: _____/s/ ELLIOT TIOMKIN_____

Elliot Tiomkin
Attorney for Plaintiff
FRANCINE WESTHOFF