**LAW OFFICES OF ELLIOTT N. TIOMKIN**
Elliott N. Tiomkin, Esq. [State Bar Number 248737]
16133 Ventura Boulevard, Suite 700
Encino, California 91436
Telephone: (310) 774-1437
Facsimile: (310) 919-3744
Electronic Mail: etiomkin@gmail.com

Attorney for Plaintiff FRANCINE WESTHOFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCINE WESTHOFF,<br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DOES 1-10,<br><br>Defendants. | Case No.: 2:20-cv-2289 JWH (GJSx)<br><br>[Assigned to Honorable John W. Holcomb]<br><br>ORDER EXTENDING TIME TO FILE A STIPULATION OF DISMISSAL |

UPON CONSIDERATION of the parties' stipulation and finding good cause, it is hereby **ORDERED** that the Stipulation is **APPROVED** as follows: the time for the parties to file a stipulation of dismissal is extended to August 23, 2021.

**IT IS SO ORDERED.**

DATED: July 12, 2021

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE