Karen C. Joynt (SBN 206332)
Joynt Law
225 S. Lake Ave., Suite 300
Pasadena, CA 91101
Telephone: (213) 277-7072
kjoynt@joyntlaw.com

Attorney for Defendant COUNTYOF LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCINE WESTHOFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; DOES 1 through 10,<br>　　　　　Defendants. | **Case No.:  2:20-cv-2289-JWC-GJS**<br><br>(Hon. John W. Holcomb)<br><br>**JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and Between Plaintiff, FRANCINE WESTHOFF, by and through her attorney of record, Elliott Tiomkin, Esq. of Law Offices of Elliott N. Tiomkin, and Defendant, COUNTY OF LOS ANGELES, by and through its attorney of record, Karen Joynt, Esq. of Joynt Law, that the entire action, including all claims against Defendant COUNTY OF LOS ANGELES, and all claims against any unserved Defendants, is hereby dismissed with prejudice,

pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 3, 2021      **JOYNT LAW**

By: __/S/ Karen Joynt_____
     Karen Joynt, Esq.
     Attorney for Defendants
     COUNTY OF LOS ANGELES

Dated: August 3, 2021      **LAW OFFICES OF ELLIOTT N. TIOMKIN**

By: __/s/ Elliott Tiomkin_____
     Elliott Tiomkin, Esq.
     Attorney for Plaintiff
     FRANCINE WESTHOFF